BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU, Ca. Bar #212144
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  1:11-CR-353 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE SENTENCING DATE AND |
| v. | ) ) | ORDER |
| ISRAEL MARTIN DEL CAMPO, | ) ) ) | |
| Defendant. | ) | |

The parties request that the sentencing hearing in this case be continued from July 22, 2013 to October 7, 2013 at 10:00a.m..  The parties request the continuance be granted because there are matters related to sentencing that remain unresolved.  Currently there are two co-defendants scheduled for jury trial on September 24, 2013. The outcome of that trial may have a direct effect on this defendant and his sentence.  The Speedy Trial Act is not implicated since the defendant has already pled guilty and is awaiting sentencing.

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

```
DATE: July 18, 2013        By:   /s/Elana S. Landau
                                 ELANA S. LANDAU
                                 Assistant U.S. Attorney


DATE: July 18, 2013              /s/David A. Torres
                                 DAVID A. TORRES
                                 Attorney for Defendant
                                 Israel Martin Del Campo
```

IT IS SO ORDERED.

Dated:   July 18, 2013

_____
SENIOR DISTRICT JUDGE

2