1

**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059

2

1318 K. Street
Bakersfield, CA 93301

3

Tel: (661)326-0857
Fax: (661)326-0936

4

Email: lawtorres@aol.com

5

6

7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

8

9

10

| UNITED STATES OF AMERICA, | ) | Case No.1:11-CR-00353AWI-BAM-5 |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | ) ) | |
| ISRAEL MARTIN DEL CAMPO, | ) ) | |
| Defendant | ) | |

11

12

13

14

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

15

ANTHONY W. ISHII AND MELANIE L. ALSWORTH, ASSISTANT UNITED STATES

16

ATTORNEY:

17

  **COMES NOW** Defendant, ISRAEL MARTIN DEL CAMPO, by and through his

18

attorney of record, DAVID A. TORRES hereby requesting that the Sentencing Hearing that is

19

currently set on October9, 2013 at 10:00 a.m. be continued to Monday, October 28, 2103.

20

  My client entered a plea on  April 29, 2013, however, has not been sentenced in that he

21

agreed to provide truthful testimony at the time of his co-defendants trial.  His sentencing was to

22

be delayed until after all defendants had been tried.

23

  Approximately three weeks ago, my client was debriefed a third time to assist the AUSA

24

prepare for trial. All co-defendants have now pled at the eve of trial.  As such, I am requesting a

25

continuance of the sentencing date to Monday, October 28, 2013, to afford counsel an

1    opportunity to prepare a Sentencing Statement.  I have spoken to AUSA Melanie Alsworth, she

2    has no objection to the continuance.

3

4            **IT IS SO STIPULATED.**

5    DATED: October 7, 2013                    Respectfully Submitted,

6                                              */s/ David A Torres* _____
                                              DAVID A. TORRES
7                                              Attorney for Defendant
                                              Israel Del Campo
8

9    DATED: October 7, 2013                    */s/Melanie L. Alsworth* _____
                                              MELANIE L. ALSWORTH
10                                             Assistant U.S. Attorney

11

12

13           **IT IS SO ORDERED** that the Sentencing hearing be continued to Monday, October 28,

14   2013.

15

16   IT IS SO ORDERED.

17   Dated: __October 8, 2013__        _____

18                                         SENIOR  DISTRICT  JUDGE

19

20

21

22

23

24

25