HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ISRAEL MARTIN DEL CAMPO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ISRAEL MARTIN DEL CAMPO,<br><br>    Defendant. | Case No. 1:11-cr-00353-AWI-BAM-5<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable ANTHONY W. ISHII |

Defendant, ISRAEL MARTIN DEL CAMPO, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On October 28, 2013, this Court sentenced Mr. Del Campo to a term of 57 months imprisonment;

3. His total offense level was 25, his criminal history category was I, and the resulting guideline range for Count 1 was 57 to 71 months. By operation of USSG § 5G1.1(b),

the statutorily authorized minimum sentence of 120 months became the guideline range.  He received a reduction below that range on the government's motion;

4. The sentencing range applicable to Mr. Del Campo was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Del Campo's total offense level has been reduced from 25 to 23, and his amended guideline range is 46 to 57 months.  The parties agree to a reduction to 46 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Del Campo's term of imprisonment to 46 months, effective November 15, 2015.

Respectfully submitted,

Dated:  June 19, 2015                              Dated:   June 19, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                              Federal Defender


/s/  *Kathleen A. Servatius*                          /s/ *David M. Porter*
KATHLEEN A. SERVATIUS                       DAVID M. PORTER
Assistant U.S. Attorney                              Assistant Federal Defender

Attorney for Plaintiff                                  Attorney for Defendant
UNITED STATES OF AMERICA                ISRAEL MARTIN DEL CAMPO


**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Del Campo is entitled to the benefit Amendment 782, which reduces the total offense level from 25 to 23, resulting in an amended guideline range of 46 to 57 months.  His term of imprisonment shall be reduced to 46 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2013 is reduced to a term of 46 months, effective November 1, 2015.  If this sentence is less than the amount of time the defendant has already served as of November 1, 2015, the sentence is reduced to a time served sentence.  In no event is this Order to be understood as authorizing

1  release prior to November 1, 2015 or authorizing a term of imprisonment less than the term
2  actually served on November 1, 2015.
3      IT IS FURTHER ORDERED that all other terms and provisions of the original judgment
4  remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above
5  reduction in sentence, and shall serve certified copies of the amended judgment on the United
6  States Bureau of Prisons and the United States Probation Office.
7      Unless otherwise ordered, Mr. Del Campo shall report to the United States Probation
8  Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:  June 23, 2015                          _____
                                               SENIOR DISTRICT JUDGE